## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYOUB LUZIGA, | : | CIVIL ACTION NO. 3:CV-16-2171 |
| | : | |
| Petitioner | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | |
| MARY SABOL, Warden | : | |
| | : | |
| Respondent | : | |

## ORDER

**NOW, THIS 31st DAY OF OCTOBER, 2016,** for the reasons set forth in

the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus (Doc. 1) is
   **DISMISSED,** without prejudice.

2. The Clerk of Court shall **CLOSE** this case.


/s/ William J. Nealon
**United States District Judge**